UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| FIRST HORIZON NATIONAL CORPORATION, and FIRST TENNESSEE BANK NATIONAL ASSOCIATION, <br><br> Plaintiffs, <br><br> v. <br><br> ST. PAUL MERCURY INSURANCE CO., and EVEREST INDEMNITY INSURANCE CO., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> CIVIL ACTION <br> NO. 2:14-cv-02562 |

## NOTICE OF DISMISSAL OF DEFENDANT ST. PAUL MERCURY INSURANCE CO.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), by this Notice of Dismissal of St. Paul Mercury Insurance Company, Plaintiffs First Horizon National Corporation and First Tennessee Bank National Association voluntarily dismiss, with prejudice, the claims they have asserted in this lawsuit against St. Paul Mercury Insurance Company, and dismiss St. Paul Mercury Insurance Company as a defendant in this lawsuit.

Respectfully submitted this 15th day of October, 2014.

                                                                  */s/ Anthony P. Tatum*
                                                                   Anthony P. Tatum
                                                                   Georgia Bar No. 306287
                                                                   Michael B. Wakefield
                                                                   Georgia Bar No. 950517

                                                                   KING & SPALDING LLP
                                                                   1180 Peachtree Street
                                                                   Atlanta, GA 30309
                                                                   404-572-4600 (Phone)
                                                                   404-572-5138 (Fax)
                                                                   ttatum@kslaw.com
                                                                   mwakefield@kslaw.com