UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| FIRST HORIZON NATIONAL CORPORATION, and FIRST TENNESSEE BANK NATIONAL ASSOCIATION,<br><br>   Plaintiffs,<br><br>v.<br><br>ST. PAUL MERCURY INSURANCE CO., and EVEREST INDEMNITY INSURANCE CO.,<br><br>   Defendants. | CIVIL ACTION<br>NO. 2:14-cv-02562 |

**NOTICE OF DISMISSAL OF DEFENDANT EVEREST INDEMNITY INSURANCE CO.**

  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), by this Notice of Dismissal of Everest Indemnity Insurance Company, Plaintiffs First Horizon National Corporation and First Tennessee Bank National Association voluntarily dismiss, with prejudice, the claims they have asserted in this lawsuit against Everest Indemnity Insurance Company, and dismiss Everest Indemnity Insurance Company as a defendant in this lawsuit.

  As Plaintiffs have already dismissed the only other Defendant in this case, St. Paul Mercury Insurance Company (see Doc. 8), this lawsuit should be closed following this voluntary dismissal of Everest.

  Respectfully submitted this 23rd day of October, 2014.

          */s/ Anthony P. Tatum*
         Anthony P. Tatum
         Georgia Bar No. 306287
         Michael B. Wakefield
         Georgia Bar No. 950517

         KING & SPALDING LLP
         1180 Peachtree Street

Atlanta, GA 30309
404-572-4600 (Phone)
404-572-5138 (Fax)
ttatum@kslaw.com
mwakefield@kslaw.com