UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **FIRST HORIZON NATIONAL CORPORATION, and FIRST TENNESSEE BANK NATIONAL ASSOCIATION** | **JUDGMENT IN A CIVIL CASE** |
| **v.** | |
| **ST. PAUL MERCURY INSURANCE CO., and EVEREST INDEMNITY INSURANCE CO.** | **CASE NO: 14-2562-A** |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Notice Of Dismissal Of Defendant St. Paul Mercury Insurance Co. entered October 15, 2014, and Notice Of Dismissal Of Defendant Everest Indemnity Insurance Co. entered October 23, 2014, this cause is hereby dismissed.

APPROVED:

s/ S. Thomas Anderson
UNITED STATES DISTRICT COURT

DATE: 10/31/2014

                                          THOMAS M. GOULD
                                          Clerk of Court


                                          s/Terry L. Haley
                                         (By) Deputy Clerk